

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Suppressed, | ) |
| | ) |
| v. | ) |
| | ) |
| Suppressed | ) |

**FILED**

NOV 20 2012
11-20-12
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### STATEMENT PURSUANT TO LOCAL RULE 5.7

I hereby make a request pursuant to Local Rule 5.7 for this matter to be filed under seal, pursuant to Local Rule 5.7, as it is a matter filed pursuant to 31 USC 3730. I am aware that, unless otherwise ordered by the court, this matter shall remain restricted for the period specified in 31 USC 3730. Counsel making this request is as identified below:

Christopher D. Willis, attorney for Plaintiffs

BUSSE, BUSSE, & GRASSÉ, P.C.
20 N. Wacker Drive
Suite 1860
Chicago, Illinois 60606
(312)750-1212
FAX(312)750-1211
ARDC No.: 6294094
cwillis@bussepc.com

12cv9306
Judge Holderman
Mag. Judge Cox