40235/06086/MAA

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STOP ILLINOIS HEALTH CARE FRAUD, LLC, a Delaware Limited Liability Company, individually and on behalf of and in the names of the United States of America and The State of Illinois,<br><br>      Plaintiff,<br><br>v.<br><br>ASIF SAYEED, an Illinois Resident, HEALTHCARE CONSORTIUM OF ILLINOIS, an Illinois Corporation, MANAGEMENT PRINCIPLES, INC., an Illinois Corporation, VITAL HOME & HEALTHCARE, INC., an Illinois Corporation, and PHYSICIAN CARE SERVICES, S.C., an Illinois Corporation d/b/a Home Physician Care Services,<br><br>      Defendants. | Case Number 1:12-cv-09306<br><br>Judge Sharon Johnson Coleman |

### DEFENDANT HEALTHCARE CONSORTIUM OF ILLINOIS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant HEALTHCARE CONSORTIUM OF ILLINOIS ("HCI") respectfully moves this Court to dismiss, with prejudice, Plaintiff's Second Amended Complaint. As set forth more fully in HCI's Memorandum in Support of its Motion to Dismiss (the "Memorandum in Support"), Plaintiff has failed to state causes of action against this Defendant for violations of the False Claims Act ("FCA"), 31 U.S.C. §3729(a)(1), of submitting, or causing to be submitted, Medicare reimbursement claims which they knew to be false (Count I), and participating in an illegal referral kickback scheme in connection with the submission of Medicare reimbursements claims in violation of 42 U.S.C. §1320(a)-7b(b) (Count II). Plaintiffs also fail to state a cause of action

for its supplemental state law claim under the Illinois False Claims Act, 740 ILCS 175/1 *et seq.*, for the same alleged conduct (Count III).

1. In summary, Plaintiff contends that although HCI is a duly licensed and authorized Community Care Program Care Coordination Unit under the Illinois Department of Aging's Community Care Program, and that it appropriately provides comprehensive assessments of Medicare beneficiaries who may be in need of social services, the organization is unlawfully providing beneficiary data to marketers at Defendants Management Principals, Inc. ("MPI"), Vital Home & Healthcare, Inc. ("Vital") and Physical Care Services, S.C. ("PCS"), with these marketers then directly contacting the beneficiaries to unlawfully and fraudulently solicit Medicare and/or Medicaid eligible services to these patients.

2. Defendant HCI moves this Court to dismiss the claims directed to it in Counts I through III of Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6) on the grounds that they fail to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). First, Plaintiff fails to state a claim under the FCA as the Complaint contains no facts of HCI presenting, or causing to be presented, a false or fraudulent Medicare reimbursement claim. Second, Plaintiff fails to state a claim that HCI has, and continues to be, engaged in ongoing and repeated violations of the provisions of 42 U.S.C. §1320(a)-7b(b) ("Anti-Kickback Statute") and its prohibition on kickbacks in connection with referrals of patients for home health services. Finally, given that the pleading standard is the same for both the FCA and the Illinois False Claim Act, Plaintiff also fails to state a claim under the Illinois False Claims Act of HCI presenting, or causing to be presented, a false or fraudulent claim for payment to the State of Illinois through the Medicaid program.

3. For all of these reasons, and those set forth in the accompanying Memorandum in Support, Defendant HCI respectfully requests that this Court dismiss with prejudice Plaintiff's Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

         Respectfully submitted,

         CASSIDAY SCHADE LLP

         By: /s/Scott J. Brown
           One of the Attorneys for Defendant,
           HEALTHCARE CONSORTIUM OF ILLINOIS

Scott J. Brown
ARDC No. 6206656
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
sbrown@cassiday.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2016 I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Scott J. Brown

8233145 SBROWN;BRAUEN