**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STOP ILLINOIS HEALTH CARE FRAUD, LLC, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>ASIF SAYEED, *et al.*, )<br>)<br>Defendants. ) | No. 12 CV 9306<br>Judge Sharon Johnson Coleman |

## MOTION TO RE-SET TRIAL DATE

NOW COME the Defendants, by and through their attorneys, and respectfully request that the Court re-set the date for resuming the trial in this case.

In support of this motion Defendants state:

1. This matter is presently set to resume on February 17, 2021.

2. Primary trial counsel for Defendants has been out of the state for the last two months as a result of the coronavirus pandemic. If possible, he would remain out of state until April. He just received his second vaccine injection. The Defendant is tentatively scheduled to get a second injection on February 16, 2021.

3. It is proving difficult for Counsel to prepare long-distance and without ready personal contact with the Defendant and office staff, all of whom are working separately and remotely.[1] He requests an extension of the trial date for at least thirty (30) days, although he would appreciate a longer extension if possible.

WHEREFORE, Defendants respectfully request that the Court re-set the trial date in this case for a minimum of thirty (30) days, or to schedule a hearing on this motion.

---

[1] In addition, the Plaintiff's case was presented in person. Counsel expects the Defendant will testify and Counsel prefers, if possible, that the matter be continued to a date when in-person testimony resumes.

                                                  Respectfully submitted,
                                                  ASIF SAYEED, *et al.*,

                                By:    /s/ Michael D. Monico
                                                    One of his attorneys

Michael D. Monico
mm@monicolaw.com
Barry A. Spevack
bspevack@monicolaw.com
MONICO & SPEVACK
53 West Jackson Blvd.
Suite 1315
Chicago, IL 60604
312-782-8500
      Attorneys for Defendant

## AFFIDAVIT OF SERVICE

      Barry A. Spevack, an attorney, states that all parties were served the foregoing Motion to Re-Set Trial Date on February 3, 2021, through the Court's ECF Filing System.

                                                    /s/ Barry A. Spevack