UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | ) | |
| STOP ILLINOIS HEALTHCARE FRAUD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NUMBER 12-cv-9306 |
| | ) | |
| ASIF SAYEED, *et al.,* | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| | ) | |

## MOTION OF ASIF SAYEED, JUDGMENT DEBTOR, AND SHAHEEN SAYEED, ADVERSE CLAIMANT, TO RELEASE EXEMPT AND JOINTLY OWNED FUNDS

NOW COME Asif Sayeed ("Asif"), as judgment debtor, and Shaheen Sayeed ("Shaheen"), as adverse claimant, (collectively, "Sayeed"), by and through their attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and move the Court for the entry of an order releasing to Asif exempt funds and releasing to Shaheen jointly owned funds, and in support thereof, state as follows:

1. On November 30, 2022, a judgment was entered against Asif and others in the amount of $5,940,972.16. No judgment was entered against Shaheen.

2. On March 6, 2023, judgment creditor, United States of America ("USA") caused a citation to discover assets to be issued directed to PNC Bank ("PNC") and Old National Bank ("Old National").

3. On April 5, 2023, USA caused a citation to discover assets to be issued directed to Fidelity Investments ("Fidelity").

4. PNC answered the citation on March 10, 2023, and has "frozen" a joint savings account of Asif and Shaheen, ending in 3578, having a balance of $857.44, and a joint checking account of Asif and Shaheen, ending in 8396, having a balance of $38,398.76.

5. Old National answered the citation on March 7, 2023, and has "frozen" a joint checking account of Asif and Shaheen, ending in 6014, having a balance of $24,471.68, a joint checking account of Asif and Shaheen, ending in 2011, having a balance of $20,859.87, a checking account of Asif, ending in 4019, having a balance of $10,114.11, and a certificate of deposit of Asif, account ending in 8207, having a balance of $22,707.75.

6. Fidelity answered the citation on April 12, 2023, and has "frozen" a joint brokerage account of Asif and Shaheen, ending in 6029, having a balance of $300,765.00, a joint brokerage account of Asif and Shaheen, ending in 9172, having a balance of $537,129.00, and a rollover IRA account of Asif, ending in 6587, having a balance of $226,381.00.

7. On June 2, 2023, USA filed motions for turnover of the funds being held by PNC, Old National and Fidelity, and noticed the motions for June 7, 2023. The motions have been stayed pending the Court's ruling on Defendants' Renewed Motion to Immediately Free Additional Funds Necessary to Allow Businesses to Operate and Defendants' Motion for Stay Pending Appeal Without Bond. See Dkt. #379.

8. Ever since the funds on deposit at PNC, Old National and Fidelity have been "frozen", Asif and Shaheen have been borrowing money from relatives in order to pay necessary living expenses. In addition, Shaheen has been forced to use a credit card to pay for necessary repairs to their home. The funds from relatives are running dry and Sayeed now seek release of exempt and jointly owned funds from PNC, Old National and Fidelity so that they can pay for usual and customary living expenses. The usual and customary living expenses of Sayeed were routinely paid from the joint checking account at PNC, account ending in 8396.

9. Shaheen is NOT a judgment debtor herein and is entitled to release of jointly owned funds. Shaheen was a professor of various subjects at various colleges in the Chicago

metropolitan area for over 44 years and contributed to the jointly owned accounts of her and Asif.

10. Pursuant to 28 U.S.C. §3014, Asif is entitled to certain exemptions as provided in 735 ILCS 5/12-1001.

11. Pursuant to 735 ILCS 5/12-1001(b), Asif is entitled to a personal property exemption in an amount not to exceed $4,000 in any personal property, including bank accounts.

12. Pursuant to 735 ILCS 5/12-1001(g), Asif is entitled to receive his social security benefits.

13. Pursuant to 735 ILCS 5/12-1006, Asif is entitled to a 100% exemption in his rollover IRA account held at Fidelity.

14. Among the funds "frozen" in the PNC account ending in 8396, are Asif's social security benefits for the months of March through May, 2023, totaling $11,250.90.

15. Shaheen requests an order compelling the release of half of the balances in the jointly owned accounts as follows:

a.    PNC, account ending in 3578, $428.72;
b.    PNC, account ending in 8396, $19,199.38;
c.    Old National, account ending in 6014, $12,235.84;
d.    Old National, account ending in 2011, $10,429.93;
e.    Fidelity, account ending in 6029, $150,382.50; and
f.    Fidelity, account ending in 9172, $268,564.50.

16. Asif requests an order compelling the release of monies in the "frozen" accounts as follows:

a.    PNC, account ending in 8396, $4,000;
b.    PNC, account ending in 8396, $11,250.90; and
c.    Fidelity, account ending in 6587, $226,381.

WHEREFORE, for the reasons stated herein, Asif Sayeed, judgment debtor, and Shaheen Sayeed, adverse claimant, respectfully request the entry of an order compelling the release of the

monies described in paragraphs 15 and 16 herein, and for such other and further relief as the

Court may deem just and proper.

Respectfully submitted,

Asif Sayeed, Judgment Debtor &
Shaheen Sayeed, Adverse Claimant

By:/s/ Joel A. Schechter
Their Attorney


Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd., Suite 1522
Chicago, IL 60604
312-332-0267
joel@jasbklaw.com